United States District Court
Southern District of Ohio

**Related Case Memorandum
Criminal Cases**

TO:      Judge Graham and Judge Sargus

FROM:      Spencer D. Harris, Deputy Clerk

DATE:      May 15, 2024

SUBJECT:      Case Caption:    USA v. Thompson, II

CASE:      Case Number:    2:24-CR-84

DISTRICT JUDGE:      Judge Graham

File Date:    May 15, 2024

This memorandum is to notify you that the defendant information sheet on the above referenced case reflects the following alleged related case(s):

**Related Case(s):**

Case Caption:    **USA v. Cordell Washington, et al.,**

Case Number:    **2:22-CR-117 (1-23)**      District Judge:    **Sargus**

File Date:    **June 23, 2024**      Magistrate Judge:

**Related Case(s):**

Case Caption:

Case Number:      District Judge:

File Date:      Magistrate Judge:

Memo Re: Related Criminal Cases
Page 2

The District Judges having conferred, we respond to Deputy Clerk     **Spencer D. Harris**
as follows:

**Judges' Response:**

 ☐ We agree that the cases are **not** related and that the subject case should remain with the Judge to whom it is assigned.

 [x] We agree that the cases **are** related and that the subject case should be transferred to the docket of Judge     Sargus

 ☐ We agree that although the cases **are** related, the subject case nevertheless should remain with the Judge to whom it was assigned.

 ☐ We are unable to agree and will accept any decision made by the Chief Judge.

 ☐ I am the Judge on both/all of the listed cases and have determined that the cases are **not** related.

 ☐ I am the Judge on both/all of the listed cases and have determined that the cases **are** related and they shall both/all remain on my docket.

 ☐ Other Direction of Judge: _____

   s/Edmund A. Sargus, Jr. 5/16/2024
   United States District Judge

   s/James L. Graham 5/17/2024
   United States District Judge

   United States District Judge

cc: Courtroom Deputies

*Revised 9/14/2012*